**SENTENCING HEARING**                                Judge Leonie A. Trenga
Date:  09/08/21                                       Reporter:  R. Montgomery
Start:  09:04am    End:  09:19am

# UNITED STATES of AMERICA          CASE NUMBER:   1:21cr78
Vs.

 Chyanne Nicole Walker

Counsel/Govt.:  Katherine Rumbaugh    Counsel/Deft.:  Michael Sprano
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: deft objections to criminal history level is noted and accepted; criminal history adjusted

**SENTENCING GUIDELINES:**                  Upon Motion of [ ] Deft [ ] Govt
Offense Level:  27                          Court depart from G/L pursuant to:
Criminal History:  IV                       [ ] USSG 5K1.1
Imprisonment Range:   100  to  125  months  [ ] USSG 5C1.2
Supervised Release Range:  2  to  5  years  [ ] USSG 5K2.12
Restitution: $_____                      [ ] USSG 5H1.4
Fine Range: $ 25,000.00 to $ 5,000,000.00   [ ] _____
Special Assessment: $ 100.00  per Count

**JUDGMENT of the COURT:**
BOP for  60  months, with credit for time served
Supervised Release for  5  Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $ 100.00   [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the
    deft=s expense, w/leave as directed by Court.
 x  Deft. to remain drug free, In/Out patient treatment as directed.
    ___Deft to pay costs as able         ___Deft to waive privacy
 x  Deft. to participate in mental health treatment, counseling as directed.
    ___Deft to pay costs as able         ___Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
    payments of $_____to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment    ___Full-time education program
___ Drug Testing Waived
**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility in   Alderson, WV         .

 x  Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.